**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01463-CV

**CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH AND CREDIT SUISSE SECURITIES (USA) LLC, Appellants**

**V.**

**CLAYMORE HOLDINGS, LLC, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-07858-G**

## ORDER

We **GRANT** the parties' October 18, 2016 joint motion for extension of time to file appellee's brief and cross-appellees' brief. We **ORDER** appellee's brief and cross-appellees' brief to be filed no later than November 28, 2016 and their reply briefs to be filed no later than January 18, 2017.

/s/ CRAIG STODDART
   JUSTICE